**Opinion issued March 31, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00235-CV

_____

## IN RE iWORKS PERSONNEL, INC., LUIS TREVINO, AND HAYDEE GUTIERREZ, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION[1]

In this original proceeding, Relators iWorks Personnel, Inc., Luis Trevino, and Haydee Gutierrez seek mandamus relief from the trial court's February 20, 2015 Order denying iWorks Personnel, Inc.'s Plea to the Jurisdiction. The petition

---

[1]     The underlying case is *Southwood Place Recreation Ass'n and Keysha Booker v. Southwood Place Patio Homes Cmty Ass'n, Inc. and S. Arjumand Mubaarak*, Cause No. 2013-047353, in the 190th Judicial District Court of Chambers County.

for writ of mandamus is **DENIED**. All pending motions are **DENIED AS MOOT**.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd